UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

PHILLIP SINTA

Case No. 13-10151
Bankruptcy Case No. 12-57404

Debtor.
_____/

PHILLIP SINTA,

    Appellant,

v.

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

    Appellee.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Denying Appellant's Motion to Stay State Court Eviction Proceedings and (2) Affirming the Bankruptcy Court's Decision to Life the Automatic Stay" dated May 9, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Appellee Federal National Mortgage Association. Dated at Detroit, Michigan, this 9th day of May 2013.

    DAVID J. WEAVER
    CLERK OF THE COURT

    s/ Lisa Wagner
    By: Lisa Wagner, Case Manager
    to Judge Robert H. Cleland